*Robert S. Erdahl* for the United States.

No. 23. FEDERAL TRADE COMMISSION *v.* CEMENT INSTITUTE ET AL.;

No. 24. FEDERAL TRADE COMMISSION *v.* AETNA PORTLAND CEMENT CO. ET AL.;

No. 26. FEDERAL TRADE COMMISSION *v.* CALAVERAS CEMENT CO. ET AL.;

No. 27. FEDERAL TRADE COMMISSION *v.* HURON PORTLAND CEMENT CO.;

No. 34. FEDERAL TRADE COMMISSION *v.* SMITH ET AL.;

No. 25. FEDERAL TRADE COMMISSION *v.* MARQUETTE CEMENT MANUFACTURING CO.;

No. 28. FEDERAL TRADE COMMISSION *v.* SUPERIOR PORTLAND CEMENT, INC.;

No. 29. FEDERAL TRADE COMMISSION *v.* NORTHWESTERN PORTLAND CEMENT CO.;

No. 30. FEDERAL TRADE COMMISSION *v.* RIVERSIDE CEMENT CO.;

No. 31. FEDERAL TRADE COMMISSION *v.* UNIVERSAL ATLAS CEMENT CO.; and

No. 32. FEDERAL TRADE COMMISSION *v.* CALIFORNIA PORTLAND CEMENT CO., 333 U. S. 683. Rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 219. MONTAGUE *v.* SMITH ET AL., 332 U. S. 767. Rehearing denied.

No. 693. LONDON EXTENSION MINING CO. *v.* COMMISSIONER OF INTERNAL REVENUE, 333 U. S. 881. Rehearing denied.